EOD SEP 25 1998

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN HANNO, | ) | Bankruptcy No. 98 B 25575 |
| | ) | |
| Debtor. | ) | |

## NOTICE

Please take notice that the hearing on the Motion of TCF National Bank to Dismiss Fifth Bankruptcy Case, originally set for Thursday, September 24, 1998, at 2 P.M., has been rescheduled to **Thursday, October 8, 1998,** at **2 P.M.**, in Courtroom 682.

_____
Judge Jack B. Schmetterer

Dated: September 23, 1998

\* \* \* \* \*
## CERTIFICATION

I, Catherine Biddinger, certify that on September 23, 1998, I caused to be mailed by United States first class mail copies of the above to the following:

John A. Hanno
6 N. Trail Court
Lemont IL  60439
Pro se Debtor

Office of Craig Phelps
11 E. Adams St., Suite 1500
Chicago IL  60603
Chapter 13 Trustee

Bruce N. Menkes
Kenneth R. Wysocki
Davidson Goldstein Mandell & Menkes
303 W. Madison St., Suite 1900
Chicago IL  60606
Counsel for TCF National Bank Illinois

_____
Secretary/Deputy Clerk

13