IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 1 3 1998

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN A. HANNO, ) | No. 98 B 25575 |
| ) | |
| Debtor. ) | The Hon. Jack B. Schmetterer |
| ) | Presiding |

### ORDER

This matter, coming to be heard on the Motion to Continue Hearing which has been filed by TCF National Bank Illinois, successor to Standard Federal Bank for Savings ("TCF"), notice having been given to all parties, counsel for TCF being present, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. TCF's Motion to Continue Hearing is granted; and

2. The evidentiary hearing scheduled to be held by Judge Schmetterer on October 8, 1998, at 2:00 p.m., is continued until 2:00 p.m. on October 13, 1998.

Oct 7 1998

DATE:
ENTERED: _____
JUDGE

Bruce N. Menkes
Kenneth R. Wysocki
DAVIDSON GOLDSTEIN MANDELL & MENKES
303 West Madison Street, Suite 1900
Chicago, IL 60606
(312) 251-1000
#10629