UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
JOHN A HANNO

CASE NO. 98 B 25575

CHAPTER 13  EOD DEC 23 1998

JUDGE: JACK B SCHMETTERER

Debtor
SSN 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

---

ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

---

After review of the Trustee's Final Report and Account which was filed with the Clerk of the Bankruptcy Court, and notice having been given by the Trustee,

IT IS ORDERED that the Trustee's Final Report and Account is approved and the Trustee and the surety on his bond are discharged from any further liability in this case.

ENTERED:

_____
JACK B SCHMETTERER
United States Bankruptcy Judge

DATED: 12/03/1998

31